UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY JOHNSON,                                          )
                              Plaintiff,              )
                                                     )          No. 1:23-cv-1231
-v-                                                  )
                                                     )          Honorable Paul L. Maloney
COMMISSIONER OF SOCIAL SECURITY,                     )
                              Defendant.             )
                                                     )

## JUDGMENT

The Court affirmed the decision of the Commissioner of Social Security.  Having

resolved all pending claims, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:     February 10, 2025                            /s/  Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge